# United States District Court
## Violation Notice

CVB Location Code: **WW13**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| LM020739 | Yono | 406 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☒ State Code |
|---|---|
| 4/24/2017 22:28 | RCW 46.61.400 |

LM020739

Place of Offense

PERIMETER RD and BARNES BLVD                     RURAL

Offense Description: Factual Basis for Charge                HAZMAT ☐

**Speed in Excess of Legal Limit 52/35**

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| AFLLEJE | CAROLINE | |

A ☐ **IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.** SEE INSTRUCTIONS (above).

B ☒ **IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.** SEE INSTRUCTIONS (above)

$50    Forfeiture Amount
$30.00 Processing Fee

**PAY THIS AMOUNT -->**    **$80 Total Collateral Due**

YOUR COURT DATE
(if no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature     *Served*

(Rev. 01/2011)          Return to CVB With Payment

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 4/24/2017, while exercising my duties as a law enforcement officer in the Western District of Washington.

ON THE LISTED DATE AND TIME, I WAS IN A STATIONARY POSITION ON PERIMETER ROAD FACING EAST, MONITORING WEST AND EAST BOUND TRAFFIC NEAR THE LISTED INTERSECTION WHILE WORKING THE STALKER RADAR (SMD) #DP023021, (FORKS: #FA211070 AND FB315561) IN THE STATIONARY MODE (FRONT/OPP/CLOS/STA). DURING THAT TIME I OBSERVED THE LISTED VEHICLE TRAVELING W/B ON PERIMETER ROAD AND RAPIDLY APPROACHING MY POSITION AT A VISUALLY ESTIMATED SPEED OF 52 MPH IN A POSTED 35 MPH ZONE. THE VEHICLE WAS TRAVELING ALONE. AS THE VEHICLE ENTERED MY SMD RANGE AN AUDIO DOPPLER SIGNAL WAS EMITTED. THE AUDIO TONE WAS CLEAR, CONTINUOUS AND CONSISTENT WITH MY VISUAL OBSERVATION. A DIGITAL READOUT OF THE DEFENDANTS SPEED WAS LOCKED AT 52 MPH (I AM PROPERLY TRAINED AND FOUND TO BE QUALIFIED TO OPERATE THIS UNIT). A TRAFFIC STOP WAS INITIATED. I CONTACTED AND IDENTIFIED THE LISTED DRIVER BY A WA DL. THE LISTED DRIVER STATED SHE DID NOT REALIZE SHE WAS SPEEDING. A DOL CHECK CAME BACK CLEAR AND VALID. THE LISTED DRIVER WAS ISSUED HER COPY OF THE CITATION AND RELEASED. IN-CAR VIDEO: NO

The foregoing statement is based upon:

[X] my personal observation   [ ] my personal investigation

[ ] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:   4/24/2017                    *[signature]*
               Date(mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:   _____
               Date(mm/dd/yyyy)    U.S. Magistrate Judge Signature

**HAZMAT** = Hazardous material involved in incident;  **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license;  **CMV** = Commmercial vehicle in incident.